Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52269.**—American Import Co. *v.* United States, protest 117282–K (El Paso).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 52270.**—J. Berbecker & Sons, Inc., et al. *v.* United States, protests 131137–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

### APRIL 12, 1948

**No. 52271.**—Kasenit Co. *v.* United States, protests 129052–K, etc.— Abstract 52226. Plaintiff's application for rehearing granted.

### APRIL 14, 1948

**No. 52272.**—Charles Bruning Co., Inc. *v.* United States, protest 913614–G.— .—Abstract 52215. Plaintiff's application for rehearing granted.

### APRIL 14, 1948

**No. 52273.**—SUIT 4568.—Guy B. Barham Co. (A. Sensenbrenner Sons) *v.* United States.— —C. D. 1029 reversed and remanded January 27, 1948. C. A. D. 385.

### APRIL 15, 1948

**No. 52274.**—SUIT 4586.—United States *v.* Thorens, Inc.— —C. D. 1069. (Appeal dismissed January 27, 1948.)

### BEFORE THE SECOND DIVISION, APRIL 22, 1948

**No. 52275.**—J. Elishewitz Sons Co., Inc., et al. *v.* United States, protests 133894–K, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52276.**—Sears, Roebuck & Co. *v.* United States, protests 906639–G, etc. (New York).